Thomas A. Scott and Mary A. Scott, Appellees, v. Clarence Wilson and Elizabeth Boyd, Appellants.

Gen. No. 47,232.

First District, Third Division.
November 27, 1957.
Rehearing denied and opinion modified December 16, 1957.
Released for publication January 2, 1958.

Shanesy, Hobbs & Ball (Arthur R. Koch, of counsel) for defendants-appellants; George Dorman Carry, for appellees. Opinion by JUDGE BRYANT. Not to be published in full.